UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JAMAL SCOTT,

                                    **JUDGMENT**
                                    02-CV- 5490 (JBW)

                        Petitioner,

        -against-

WILLIAM H. PHILLIPS, Superintendent of
Shawangunk Correctional Facility,

                        Respondent.

-------------------------------------------------------------------X

IN CLE
U.S. DISTRICT

☆ OCT 17

BROOKLYN OFF

        A Memorandum and Order of Honorable Jack B. Weinstein, United States

District Judge, having been filed on January 5, 2005, dismissing the petition for a writ of

habeas corpus; and ordering that no Certificate of Appealability is granted since no

constitutional right was denied; it is

        ORDERED and ADJUDGED that petitioner take nothing of the respondent; that

the petition for a writ of habeas corpus is dismissed; and that no Certificate of Appealability

is granted since no constitutional right was denied.

Dated: Brooklyn, New York
        October 14, 2005

                                    _____
                                    ROBERT C. HEINEMANN
                                    Clerk of Court